# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIUS WAYNE MILLER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    Case No. 17-cv-1619 (APM) |
| DISTRICT OF COLUMBIA, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 31, the District of Columbia and Warden Lennard Johnson's Motion to Dismiss, ECF No. 11, is granted; the Federal Defendants' Motion to Dismiss, ECF No. 22, is granted; and this action is dismissed with prejudice.

This is a final, appealable order.

Dated: August 3, 2018

Amit P. Mehta
United States District Judge